UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
WALTER ANDERSON,                    :
                                    :   Civil Action No. 09-4683 (RMB)
        Petitioner,                 :
                                    :
        v.                          :           **O R D E R**
                                    :            (CLOSED)
PAUL SCHULTZ,                       :
                                    :
        Respondent.                 :
_____ :

For the reasons expressed in the Opinion issued this same day;

IT IS on this **23rd** day of **November 2010**;

**ORDERED** that the Amended Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is hereby DENIED; and it is further

**ORDERED** that Petitioner's Motion for Summary Judgment (docket entry 8), Motion to Reschedule Hearing (docket entry 18), Motion Requesting Adjudication (docket entry 20), and Second Emergency Motion Requesting Adjudication (docket entry 22), are hereby DISMISSED as moot; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

                                    s/Renée Marie Bumb
                                    RENÉE MARIE BUMB
                                    United States District Judge